IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID E. SMITH, )
                                          ) Civil No. 6:12-cv-02100-JE
                  Plaintiff, )
                                          ) JUDGMENT
               v. )
                                            )
CAROLYN A. COLVIN, )
Acting Commissioner of Social Security, )
                                            )
                 Defendant. )
_____ )

       Based upon the Opinion and Order entered on December 31, 2013, the decision of the Commissioner is AFFIRMED and this action is DISMISSED with prejudice.

       Dated this 31st day of December, 2013.

                                                               /s/ John Jelderks
                                                               John Jelderks
                                                               U.S. Magistrate Judge

JUDGMENT - 1